<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6831**

———————

RAYMOND JUNIOR HAWKINS,

Petitioner - Appellant,

versus

WILLIAM S. HAINES, Warden of Huttonsville Cor-
rectional Center,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Beckley.  Robert C. Chambers, District
Judge.  (CA-98-997-5)

———————

Submitted:  September 28, 2001      Decided:  October 17, 2001

———————

Before WIDENER, LUTTIG, and NIEMEYER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Raymond Junior Hawkins, Appellant Pro Se.  Darrell V. McGraw, Jr.,
Allen Hayes Loughry, II, OFFICE OF THE ATTORNEY GENERAL OF WEST
VIRGINIA, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raymond Junior Hawkins seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting in part and rejecting in part the recommendations of the magistrate judge and find no reversible error. Accordingly, we deny Hawkins' motions for appointment of counsel and for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Hawkins v. Haines, No. CA-98-997-5 (S.D.W. Va. Apr. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED